IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| PNC Bank, National Association, successor in interest by merger to National City Bank, successor in interest by merger to Mid America Bank, fsb<br><br>Plaintiff,<br><br>v.<br><br>Allen J. Gibson; Kathleen M. Gibson; Somercor 504, Inc., an Illinois corporation; Small Business Administration, an Agency of the United States of America; Jaws Lazer Wash, Inc., an Illinois corporation,<br><br>Defendants. | Case No. 1:12 cv 05209<br><br>Assigned Judge: Charles P. Kocoras<br><br>Magistrate Judge: Jeffrey T. Gilbert |

## MOTION FOR JUDGMENT OF FORECLOSURE AND SALE

NOW COMES the Plaintiff, PNC Bank, National Association, successor in interest by merger to National City Bank, successor in interest by merger to Mid America Bank, FSB, by its attorneys Crowley & Lamb, P.C., and moves the Court for the entry of a Judgment of Foreclosure and Sale in its favor and against the Defendant(s):

Allen J. Gibson; Kathleen M. Gibson; Somercor 504, Inc., an Illinois corporation; Jaws Lazer Wash, Inc., an Illinois corporation, and as grounds thereof state:

As appears from the Affidavit of Plaintiff placed on file in support of this Motion, and from the pleadings and admissions on file, there is no genuine issue as to any material fact, and the Plaintiff is entitled to a Judgment of Foreclosure and Sale in this case as a matter of law.

                                        PNC Bank, National Association, successor in interest
                                        by merger to National City Bank, successor in
                                        interest by merger to Mid America Bank, FSB


                                        By: __/s/ Jennifer E. Frick_____
                                                  One of Its Attorneys

Patrick D. Lamb (ARDC #3128062)
Jennifer E. Frick (ARDC#6299794)
CROWLEY & LAMB, P.C.
221 N. LaSalle Street, Suite 1550
Chicago, Illinois 60601
(312) 670-6900
plamb@crowleylamb.com
jfrick@crowleylamb.com